86 A.3d 230

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael A. BAILEY, Petitioner.**

**Commonwealth of Pennsylvania, Respondent**

v.

**Michael A. Bailey, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 26, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of February, 2014, the Petition for Bail and the Petition for Allowance of Appeal are **DENIED.**